UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALTURAS INDIAN RANCHERIA, a
federally recognized Indian
tribe,

        Plaintiff,

     v.                          CIV. NO. S-10-1997 LKK/EFB

KENNETH L. SALAZAR, Secretary
of the Interior, et al.,

        Defendants.
_____/

ALTURAS INDIAN RANCHERIA, a
federally recognized Indian
tribe,

        Plaintiff,

     v.                          CIV. NO. S-11-2070 GEB/KJN

CALIFORNIA GAMBLING CONTROL
COMMISSION, an agency of the
State of California,

        Defendant.           RELATED CASE ORDER
_____/

    Pending before the court is a notice of related cases, ECF No. 101. The state defendants have notified the court that this case

1  may be related to 2:11-cv-02070-GEB-KJN. After a review of the
2  cases, the court concludes that the cases are related within the
3  meaning of local rule Local Rule 83-123(a).
4      Accordingly the court ORDERS as follows:
5      1. The action denominated 2:11-cv-02070-GEB-KJN is REASSIGNED
6  to Judge Lawrence K. Karlton and Magistrate Judge Edmund F. Brennan
7  for all further proceedings, and any dates currently set in the
8  reassigned case only, are hereby VACATED.  Henceforth, the caption
9  on documents filed in the reassigned case shall be shown as
10 2:11-cv-02070-LKK-EFB.
11     2. The Clerk of the Court make shall appropriate adjustment
12 in the assignment of civil cases to compensate for this
13 reassignment.
14     3. A status conference for case 2:11-cv-02070-LKK-EFB is SET
15 for September 19, 2011 at 2:30 p.m.
16     IT IS SO ORDERED.
17     DATED:  August 8, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT