UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALTURAS INDIAN RANCHERIA,
a federally recognized
Indian tribe,

        NO. CIV. S-11-2070 LKK/EFB

    Plaintiff,

  v.

O R D E R

CALIFORNIA GAMBLING CONTROL
COMMISSION, an agency of the
State of California,

    Defendant.
                              /

A status conference was held in chambers on September 19, 2011. After hearing, the court orders as follows:

1. A further status conference is set for October 24, 2011 at 2:30 p.m. The parties shall file updated status reports fourteen (14) days prior to the conference.

2. The Rose faction has moved to intervene. That motion is GRANTED. The hearing on the motion to intervene (Dkt. No. 20), set for September 26, 2011, is VACATED.

////

1    IT IS SO ORDERED.

2    DATED:  September 19, 2011.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2